

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2014

No. 04-13-00194-CV

Eusebio **VEJIL,**
Appellant

v.

Rosita **VEJIL,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20186
Honorable Gloria Saldana, Judge Presiding

## O R D E R

Sitting:    Catherine Stone, Chief Justice
        Karen Angelini, Justice
        Sandee Bryan Marion, Justice
        Marialyn Barnard, Justice
        Rebeca C. Martinez, Justice
        Patricia O. Alvarez, Justice
        Luz Elena D. Chapa, Justice

The court has considered the appellant's motion for en banc reconsideration, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2014.

_____
Keith E. Hottle
Clerk of Court